The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on January 14, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



**Dated: January 14, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

___

200710964
(dpotter)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | Case No. 07-10940 |
| Valerie Ann Johnson | : | Chapter 13 |
| | : | Judge Harris |
| Debtor | : | **ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY (PROPERTY ADDRESS: 12904 Angelus Avenue, Cleveland, OH 44105)** |
| | : | |

    This matter is before the Court upon the Agreed Order on Motion for Relief From Stay of U.S. Bank Home Mortgage as servicer for US Bank, NA fka Firstar Bank, NA; and upon the Affidavit of Default by Olivia Todd dated December 14, 2009; and it appearing to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate owned by the debtor and located at 12904 Angelus Avenue, Cleveland, OH 44105, which mortgage loan obligation is in default; and it further appearing that

said debtor has failed to comply with the terms of the Agreed Order on Motion for Relief From Stay filed herein on April 3, 2008, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code, shall be, and hereby is, terminated in all respects as against the Creditor, its successors and assigns.

The Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:

/s/    Steven H. Patterson Case Attorney
Ohio Supreme Court Reg. #0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

Valerie Ann Johnson
12904 Angelus Avenue
Cleveland, OH 44105

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Steven H. Patterson, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

Priscilla Schnittke, Esq.
Knevel & Associates Co LPA
National City Bank Bldg - Suite 519
629 Euclid Avenue
Cleveland, OH 44114
pschnittke@knevel.com

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2314